1 | DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 | LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
3 | Designated Counsel for Service
801 I Street, 3rd Floor
4 | Sacramento, California 95814
Telephone: (916) 498-5700
5
Attorney for Defendant
6 | SERGIO CRUZ ARREOLA-HUIZAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-08-0436-LKK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| SERGIO CRUZ ARREOLA-HUIZAR, | |
| Defendant. | Date: May 12, 2009<br>Time: 9:15 a.m.<br>Judge: Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHAEL ANDERSON, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of May 12, 2009 be vacated, and the matter be set for status conference on June 9, 2009 at 9:15 a.m.

Defense counsel has just received the revised PSR and is awaiting a tentative plea offer from government's counsel who has not received the revision.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including June 9, 2009 pursuant to

18 U.S.C. §3161 (h)(8)B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: May 11, 2009

                                          Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Public Defender

                                          /s/ Linda C. Harter
                                          LINDA C. HARTER
                                          Chief Assistant Federal Defender
                                          Attorney for Defendant
                                          SERGIO CRUZ ARREOLA-HUIZAR

Dated: May 11, 2009                     LARRY BROWN
                                          Acting United States Attorney

                                          /s/ Linda C. Harter for
                                          MICHAEL ANDERSON
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including June 9, 2009 in the interest of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: May 11, 2009

                                          LAWRENCE K. KARLTON
                                          SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT