```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  LINDA HARTER, Bar # 179741
    Chief Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    SERGIO CRUZ ARREOLA-HUIZAR
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-08-0436-LKK |
| ) | |
| Plaintiff, ) | |
| ) | ORDER AFTER HEARING |
| v. ) | |
| ) | |
| SERGIO CRUZ ARREOLA-HUIZAR, ) | |
| ) | |
| ) | Judge: Hon. Lawrence K. Karlton |
| Defendant. ) | |
| ) | |

This matter came before the Court for Status Conference on June 9, 2009, in the courtroom of the Honorable Lawrence K. Karlton, U.S. District Court Judge. The government was represented by its counsel, Assistant United States Attorney Michael Anderson. Defendant Sergio Cruz Arreola-Huizar was represented by his counsel, Chief Assistant Federal Defender, Linda C. Harter.

Defense counsel requested that the matter be set for further status conference on July 7, 2009 at 9:15 a.m.

The parties agreed on the need for additional time to allow time for defense preparation.

1    IT IS HEREBY ORDERED that this matter be set for further Status
2 Conference on July 7, 2009 at 9:15 a.m.
3    IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161
4 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4), the period
5 from June 9, 2009 to and including July 7, 2009 is excluded from the
6 time computations required by the Speedy Trial Act due to ongoing
7 preparation of counsel.
8 DATED: June 15, 2009

```
                            _____
                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT
```