| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | LINDA C. HARTER, Bar #179741 |
| | Chief Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, California  95814 |
| | Telephone: (916) 498-5700 |

Attorney for Defendant
SERGIO CRUZ ARREOLA-HUIZAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-08-0436-LKK |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| SERGIO CRUZ ARREOLA-HUIZAR, ) | |
| ) | Date: July 7, 2009 |
| Defendant. ) | Time: 9:15 a.m. |
| _____ ) | Judge: Hon. Lawrence K. Karlton |

     IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHAEL ANDERSON, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of July 7, 2009 be vacated, and the matter be set for status conference on August 18, 2009 at 9:15 a.m.

     Defense counsel is awaiting records which have been ordered pertinent to Mr. Arreola-Huizar's defense.  Additionally, defense counsel is presently out of the office on a pre-arranged vacation.

     Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including August 18, 2009 pursuant to

18 U.S.C. §3161 (h)(7)B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:   June 29, 2009

                                          Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Public Defender

                                          /s/ Linda C. Harter
                                          LINDA C. HARTER
                                          Chief Assistant Federal Defender
                                          Attorney for Defendant
                                          SERGIO CRUZ ARREOLA-HUIZAR

Dated:   June 29, 2009                 LARRY BROWN
                                          Acting United States Attorney

                                          /s/ Linda C. Harter for
                                          MICHAEL ANDERSON
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

### O R D E R

**IT IS SO ORDERED.**  Time is excluded from today's date through and including August 18, 2009 in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: June 30, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stipulation & Order                              2